JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-06014-RGK (JCx) | Date | January 4, 2012 |
|---|---|---|---|
| Title | ***GEORGE SKRYABIN v. GEOFFREY MILLER*** | | |

| Present: The Honorable | R. GARY KLAUSNER, U.S. DISTRICT JUDGE |
|---|---|
| Sharon L. Williams | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**      **(IN CHAMBERS) Order Dismissing Action**

  On July 21, 2011, George Skryabin ("Plaintiff") filed a Complaint for Intentional and Negligent Misrepresentation, and Alter Ego Liability against Geoffrey Miller ("Defendant").Defendant failed to file an Answer. The Clerk entered default on September 13, 2011, and Plaintiff filed a Motion for Default Judgment on November 4, 2011. On December 6, 2011, the Court issued an order denying Plaintiff's Motion for Default Judgment and ordering Plaintiff to show cause in writing why the case should not be dismissed. Plaintiff timely responded to the order to show cause on December 26, 2011.

  Upon review of Plaintiff's response, the Court finds no good cause for not dismissing the action. Therefore, the Court hereby dismisses this action in its entirety.

  **IT IS SO ORDERED.**

|  | : |  |
|---|---|---|
| | Initials of Preparer | slw |